BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
KULBERG FINANCES, INC.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KULBERG FINANCES, INC.,

        Plaintiff,

-against-

SIGNAL S.A. and KOREA DAEHUNG
TRANSPORTATION AND TRADING CO.,

        Defendants.
----------------------------------------------------------------X

08 Civ. 1906 (GBD)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, KULBERG FINANCES, INC., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       February 21, 2008

                                   BROWN GAVALAS & FROMM LLP
                                   Attorneys for Plaintiff
                                   KULBERG FINANCES, INC.

                       By: _____
                              Peter Skoufalos (PS-0105)
                              355 Lexington Avenue
                              New York, New York 10017
                              212-983-8500