## BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON NJ 07013
TEL (973) 779 1116
FAX (973) 779-0739

HARRY A GAVALAS
(1978-1999)
ROBERT J SEMINARA
(1987 1999)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 30 2008

May 27, 2008

**BY MAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to
June 26, 2008 at 9:30 a.m.

MAY 3 0 2008

*George B Daniels*
HON. GEORGE B. DANIELS

Re:   Kulberg Finances, Inc. v. Signal S.A., et al.
      08 Civ. 1906 (GBD)
      Our File No. 1605.0001

Dear Judge Daniels:

We represent the plaintiff in this matter and write to request a postponement of the initial pre-trial conference originally scheduled for June 19, 2008.

This is plaintiff's first request for a postponement. This proceeding was commenced *ex parte* under Supplemental Rule B of the Federal Rules of Civil Procedure, and therefore defendants are not currently represented by counsel.

Plaintiff's counsel will be out of the country until June 22, 2008. Therefore, plaintiff respectfully requests that the conference be rescheduled to a date after June 23, 2008, excluding July 18 and 21, 2008.

We thank the Court for its consideration of this request.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos