BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
KULBERG FINANCES, INC.
355 Lexington Avenue
New York, New York  10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KULBERG FINANCES, INC.,                                      08 Civ. 1906 (GBD)

                              Plaintiff,          **NOTICE OF VOLUNTARY**
                                                  **DISMISSAL PURSUANT TO**
          -against-                               **FED. R. CIV. P. 41(a)(1)(A)(i)**

SIGNAL S.A.,  KOREA DAEHUNG
TRANSPORTATION AND TRADING CO., ALFA
VECTOR S.A., NIKOLAY DOBREV KOLEV, an
Individual, and  VENCISLAV SASHEV IVANOV, an
Individual,

                              Defendants.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, plaintiff, KULBERG FINANCES, INC., hereby dismisses this action without

prejudice and without costs to either party.

Dated:  New York, New York
        August 15, 2008

                                        BROWN GAVALAS & FROMM LLP
                                        Attorneys for Plaintiff
                                        KULBERG FINANCES, INC.

                              By: _____
                                        Peter Skoufalos (PS-0105)
                                        355 Lexington Avenue
                                        New York, New York  10017
                                        (212) 983-8500 – phone
                                        (212) 983-5946 – fax